# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1399

_____

Jose Abelino Mendoza-Mejia

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: October 7, 2014
Filed: October 10, 2014
[Unpublished]

_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

El Salvadoran citizen Jose Abelino Mendoza-Mejia petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of withholding of removal. Because we are bound by opinions of earlier panels, see Gaitan v. Holder, 671 F.3d 678, 681 (8th Cir.), cert. denied, 133 S. Ct. 526 (2012), we are foreclosed from reconsidering this Court's determination that the group

Mendoza-Mejia proposed is not cognizable as a particular social group for purposes of withholding of removal, see De Castro-Gutierrez v. Holder, 713 F.3d 375, 380 (8th Cir. 2013) (explaining that to qualify for withholding of removal, an alien must show a clear probability that his life or freedom will be threatened in the country to which he is being removed because of, among other things, his membership in a particular social group). The petition for review is denied.

———————————